IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02208-WYD-CBS

WILLIAM WOOLSTON,

    Plaintiff,

v.

SOUTHWEST CREDIT SYSTEMS, LP,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulation of Dismissal With Prejudice (ECF No. 13). After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a) and the case should be dismissed with prejudice, each party to bear its own costs. Accordingly, it is

ORDERED that the Stipulation of Dismissal With Prejudice (ECF No. 13) is **APPROVED.** This matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Dated: January 6, 2015

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      WILEY Y. DANIEL,
                                      SENIOR UNITED STATES DISTRICT JUDGE